(June 22, 1956)

(Republished)

■ In the Matter of ANONYMOUS, Appellant, against ANONYMOUS, Respondent.— Order [dismissing complaint] unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order [denying motion to strike out affidavit] unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ. [See *ante,* p. 671.]